UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JOHN EVERETTE FORD,

        Defendant.
_____/

Case No. 1:04:CR:245

HON. GORDON J. QUIST

## **ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed July 18, 2005, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant John Everette Ford's plea of guilty to Counts Two and Three of the Superseding Indictment is accepted. Defendant John Everette Ford is adjudicated guilty.

3. Defendant John Everette Ford shall be detained pending sentencing.

4. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: August 2, 2005

                                                    /s/ Gordon J. Quist
                                                    GORDON J. QUIST
                                                  UNITED STATES DISTRICT JUDGE